IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
4:98cr89-9

**FILED**
ASHEVILLE, N. C.

FEB - 2 2006

U.S. DISTRICT COURT
W. DIST. OF N. C.

| United States of America | ) | ORDER |
| --- | --- | --- |
| vs. | ) | |
| Kenneth Dewayne Walton<br>    Defendant | ) | |

On January 30, 2006, the Court ordered the arrest of Kenneth Dewayne Walton to answer to charges that he violated the conditions of his supervision imposed by the Court by wilfully refusing to follow the instructions of the probation officer to submit to DNA collection.

On January 31, 2006, Kenneth Dewayne Walton submitted to DNA collection as directed by the U. S. Probation Office.

On January 31, 2006, the U. S. Attorney's Office for the Western District of North Carolina was advised that Kenneth Walton submitted to DNA collection and the U. S. Attorney's Office advised there would be no objection to an order granting the dismissal of the arrest warrant.

For the reasons stated herein, and there being no objection from the U. S. Attorney's Office, the Warrant for the arrest of the Defendant is hereby **STRICKEN**.

_____
Honorable Dennis Lee Howell

1 February, 2006
_____
Date